IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
SEP 15 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 20-247 |
| v. ) | (18 U.S.C § 1546(a)) |
| ) | [UNDER SEAL] |
| IDERTSETSEG RAGON ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about June 20, 2017, in the Western District of Pennsylvania, the defendant, IDERTSETSEG RAGON, did subscribe as true under penalty of perjury pursuant to 28 U.S.C. § 1746, a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, Form I-485, Application to Register Permanent Residence or Adjust Status, that is, she stated she had never been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, which statement the defendant then and there knew was false, in that she had been indicted, cited, and charged for intentionally causing severe bodily harm to others in Mongolia.

In violation of Title 18, United States Code, Section 1546(a).

## COUNT TWO

The grand jury further charges:

On or about September 15, 2019, in the Western District of Pennsylvania, the defendant, IDERTSETSEG RAGON, did subscribe as true under penalty of perjury pursuant to 28 U.S.C. § 1746, a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, Form I-751, Petition to Remove Conditions on Residence, that is, she stated she had never been arrested, detained, charged, indicted, fined, or imprisoned for breaking or violating any law in the United States or abroad, which statement the defendant then and there knew was false, in that she had been indicted, cited, and charged for intentionally causing severe bodily harm to others in Mongolia.

In violation of Title 18, United States Code, Section 1546(a).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352